435 A.2d 262

Sokolo, Appellant v. Sokolo.

Argued September 11, 1980.  William T. Luskus, for appel-
lant;  Richard L. Raymond, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.